# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.                                                          CASE No.   5:16po208/EMT

**ROBERT E. METCALFE**

---

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

COMES NOW, the United States of America, by and through the United States Attorney for the Northern District of Florida, and advises that henceforth, it will be represented in this matter by the undersigned Special Assistant United States Attorney, Nicole T. Staring.  Please remove Special Assistant United States Attorney Katherine D. Worstell from further correspondence, and direct all pleadings and correspondence to the undersigned's attention.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this notice has been mailed to the defendant via the address on record, on this 3rd day of October, 2016.

    Respectfully submitted,

    CHRISTOPHER P. CANOVA
    United States Attorney


    *//s//Nicole T. Staring*
    NICOLE T. STARING
    Special Assistant U.S. Attorney
    New York Bar No. 4790960
    30 West Government Street
    Panama City, FL 32401-2758
    (850) 785-3495